UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN SCOTT DAVIS, | ) | 3:12-CV-0273-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 17, 2013 |
| BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants' motion for enlargement of time (#34) is **GRANTED**.  Defendants shall have to and including **Wednesday, July 10, 2013** to file an opposition to plaintiff's motion for summary judgment.  Defendants shall have to and including **Friday, August 9, 2013** to file a dispositive motion.  **No further extensions of time shall be granted**.

   Plaintiff's motion for reconsideration of the court's orders #26 & #27 is **DENIED**.

   **IT IS SO ORDERED.**

                                                                    LANCE S. WILSON, CLERK

                                              By:              /s/
                                                                    Deputy Clerk