**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN DAVIS, | ) | 3:12-CV-0273-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 30, 2013 |
| BACA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion to seal exhibits filed in support of defendants' motion for summary judgment (#41). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion to seal exhibits filed in support of defendants' motion for summary judgment (#41) is **GRANTED**. The exhibits (#43) are filed and shall remain under seal. Defendants advise that copies of the sealed exhibits have been sent to the plaintiff. *Id.*

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
         Deputy Clerk